**Order entered November 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00278-CV

### FRANK RONALD CLARK, ET AL., Appellants

### V.

### ALFRED LITCHENBURG, ET AL., Appellees

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-00983-2016**

## ORDER

Before the Court is the October 31, 2018 motion of appellees Paul Simon and Larry Linden for an extension of time to file their brief. We **GRANT** the motion and extend the time to **December 19, 2018**.

/s/     ADA BROWN
        JUSTICE